UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 APR 13 P 3: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB INC., and CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.<br><br>Plaintiffs,<br>v.<br><br>SYKES CANADA CORPORATION<br><br>Defendant. | CIVIL ACTION NO. 05-10086-JLT |

### JOINT MOTION TO EXTEND TIME
### FOR SYKES CANADA TO RESPOND TO THE COMPLAINT

The plaintiffs Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. (together "Cross Country") and the defendant, Sykes Canada Corporation ("Sykes"), hereby move the Court to extend the time for Sykes to respond to the Complaint to and including June 25, 2005. As grounds for this motion, the parties state as follows:

1. The parties have agreed to engage in mediation in an effort to resolve the disputes that exist between them, including those claims set forth in this action.

2. In advance of the mediation and to aid the mediation, the parties have agreed to permit certain limited financial inquiry and exchanges. This process is expected to conclude on or about May 31, 2005.

3. The parties request that Sykes have twenty days from the conclusion of mediation to respond to the Complaint.

4. Accordingly, on the assumption that the mediation will conclude on or about June 5, 2005, the parties ask the Court to extend the date by which Sykes may respond to the complaint to and including June 25, 2005.

5.   Sykes reserves its right to raise, and does not waive, all available objections and defenses to the Complaint, including without limitation, objections to jurisdiction and venue.

| | |
|---|---|
| **CROSS COUNTRY MOTOR CLUB INC.,** and **CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.** | **SYKES CANADA CORPORATION** |
| By their attorneys, | by its attorneys, |
| *[signature]* Victor H. Polk (BVC) | *[signature]* |
| Victor H. Polk (BBO #5460999) Bingham McCutchen LLP 150 Federal Street Boston, MA 02110 (617) 951-8000 Tel (617) 951-8736 Fax | Brenda M. Cotter (BBO #548004) Jeffrey P. Hermes (BBO #637952) Samantha L. Gerlovin (BBO #652389) BROWN RUDNICK BERLACK ISRAELS LLP One Financial Center Boston, MA 02111 (617) 856-8200 Tel (617) 856-8201 Fax |

Dated: April 13, 2005

# 1356565 v3 - cotterbm - 024898/0001