UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB INC., and CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SYKES CANADA CORPORATION<br><br>Defendant. | CIVIL ACTION NO. 05-10086-JLT |

## JOINT MOTION TO EXTEND TIME FOR SYKES CANADA CORPORATION TO RESPOND TO THE COMPLAINT TO PERMIT MEDIATION TO CONCLUDE

The parties to this case previously submitted a motion to this Court asking the Court to extend the date to June 25, 2005 by which Sykes Canada Corporation must respond to the Complaint, to permit the parties time to engage in mediation in an attempt to resolve this action. The parties have since met with a mediator on June 9, 2005 and, having made progress toward settlement on that date, have arranged a second day of mediation to occur on June 30, 2005 (due to the mediator's schedule). Accordingly, the parties respectfully request that the court extend the date by which Sykes must respond to the Complaint to a date after that mediation to and including July 14, 2005.

CROSS COUNTRY MOTOR CLUB INC., and
CROSS COUNTRY MOTOR CLUB OF
CALIFORNIA, INC.

By their attorneys,

_Victor H. Polk /jph by permission_
Victor H. Polk (BBO #546099)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000 Tel
(617) 951-8736 Fax

SYKES CANADA CORPORATION

By its attorneys,

_/s/_
Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO #637952)
Samantha L. Gerlovin (BBO #652389)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Tel
(617) 856-8201 Fax

Dated: June 30, 2005