UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
CROSS COUNTRY MOTOR CLUB INC., and  )
CROSS COUNTRY MOTOR CLUB OF         )
CALIFORNIA, INC.                    )
                                    )
        Plaintiffs,                 )   CIVIL ACTION NO. 05-10086-JLT
                                    )
v.                                  )
                                    )
SYKES CANADA CORPORATION            )
                                    )
        Defendant.                  )
                                    )
_____)
```

**JOINT MOTION TO EXTEND TIME FOR SYKES CANADA
CORPORATION TO RESPOND TO THE
COMPLAINT TO PERMIT SETTLEMENT DISCUSSIONS TO CONCLUDE**

The parties to this case previously submitted a motion to this Court asking the Court to extend the date to July 14, 2005 by which Sykes Canada Corporation must respond to the Complaint, to permit the parties time to engage in mediation in an attempt to resolve this action. The parties met with a mediator on June 9, 2005 and, again, on June 30, 2005. The parties made significant progress toward settlement during the mediations and are continuing to discuss settlement. Accordingly, the parties request one week of additional time to determine whether a settlement can be reached and ask the Court extend the date by which Sykes must respond to the Complaint to and including July 21, 2005.

CROSS COUNTRY MOTOR CLUB INC., and
CROSS COUNTRY MOTOR CLUB OF
CALIFORNIA, INC.

By their attorneys,

_____
Victor H. Polk (BBO #5460999)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000 Tel
(617) 951-8736 Fax


Dated: July 11, 2005

SYKES CANADA CORPORATION

By its attorneys,

_____
Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO #637952)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Tel
(617) 856-8201 Fax