UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB INC., and<br>CROSS COUNTRY MOTOR CLUB OF<br>CALIFORNIA, INC.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYKES CANADA CORPORATION<br><br>　　　　Defendant. | CIVIL ACTION NO. 05-10086-JLT |

### JOINT MOTION TO EXTEND TIME FOR SYKES CANADA CORPORATION TO RESPOND TO THE COMPLAINT TO PERMIT SETTLEMENT TO BE DOCUMENTED

The parties to this case previously submitted a motion to this Court asking the Court to extend the date to July 21, 2005 by which Sykes Canada Corporation ("Sykes") must respond to the Complaint, to permit the parties time to engage in mediation in an attempt to resolve this action. The parties have now reached an agreement in principle to settle this action subject to the execution of a mutually satisfactory settlement agreement. Accordingly, the parties request that the Court extend the time by which Sykes must respond to the Complaint by an additional 30 days to and including August 19, 2005.

CROSS COUNTRY MOTOR CLUB INC., and
CROSS COUNTRY MOTOR CLUB OF
CALIFORNIA, INC.

By their attorneys,

_____
Victor H. Polk (BBO #5460999)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000 Tel
(617) 951-8736 Fax

Dated: July 20, 2005

SYKES CANADA CORPORATION

By its attorneys,

_____
Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO #637952)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Tel
(617) 856-8201 Fax

# 1377956 v1 - cotterbm - 024898/0001