UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CROSS COUNTRY MOTOR CLUB INC., AND CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.,<br><br>                Plaintiffs,<br><br>              v.<br><br>SYKES CANADA CORPORATION<br><br>                Defendant. | CIVIL ACTION<br>NO. 05-10086-JLT |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Cross Country Motor Club, Inc. and Cross Country Motor Club of California, Inc. state that they are wholly-owned by Cross Country Automotive Services, Inc.

Respectfully submitted,

CROSS COUNTRY MOTOR CLUB, INC. AND CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC.

By their attorneys,

    /s/ William F. Benson
Victor H. Polk, Jr. (BBO # 546099)
William F. Benson (BBO # 646808)
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: September 15, 2005