UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 SEP 30 A 10: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CROSS COUNTRY MOTOR CLUB INC. and CROSS COUNTRY MOTOR CLUB OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SYKES CANADA CORPORATION, <br><br> Defendant. | Civil Action No. 05-10086-JLT <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

In light of the execution of a Settlement Agreement by the parties to this action, Plaintiffs Cross Country Motor Club Inc. and Cross Country Motor Club of California, Inc. ("Cross Country") and Defendant Sykes Canada Corporation ("Sykes") hereby stipulate to the dismissal with prejudice of this action, and to the dismissal with prejudice of all claims and counterclaims advanced by either party in this action, with all rights of appeal waived and without an award of costs to any party.

Respectfully submitted,
CROSS COUNTRY MOTOR CLUB INC. and
CROSS COUNTRY MOTOR CLUB OF
CALIFORNIA, INC.,
By their attorneys,

/s/ Victor H. Polk, Jr./jph by permission
Victor H. Polk, Jr. (BBO #546099)
William F. Benson (BBO #646808)
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Respectfully submitted,
SYKES CANADA CORPORATION,
By its attorneys,

Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO #637952)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: September 30, 2005

1